## BALDEMERO QUINTANA v. THE STATE.

No. 9194.   Delivered June 10, 1925.

**Theft—Requested Charge—Properly Refused.**

Where there is no statement of facts nor bills of exception in the record, it must be assumed that the court did not commit error in refusing a requested charge.

Appeal from the Criminal District Court of Cameron County. Tried below before the Hon. A. W. Cunningham, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for felony theft, punishment being two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. A special charge was requested and exception reserved to its refusal, but we have no way of appraising the applicability of the special charge. In the absence of the facts, it must be assumed that the court was correct in refusing the charge.

The judgment is affirmed.

*Affirmed.*